# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOANN SARGENTINI,

CASE NO. C 06-07162 JL

Plaintiff(s),

v.

AT&T COMMUNICATIONS, AT&T
CORP., and Does 2 through 20

Defendant(s).

_____/

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
         Non-binding Arbitration (ADR L.R. 4)
         Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    ✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR *(please identify process and provider)*  Private Mediation.

Provider: J.A.M.S.

The parties agree to hold the ADR session by:
         the presumptive deadline *(The deadline is 90 days from the date of the order
         referring the case to an ADR process unless otherwise ordered. )*

    ✓    other requested deadline  05/18/07

Dated:_____

Dated: 01/31/07_____

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Case 3:06-cv-07162-JLD Document 9 Filed 02/01/2007 Page 2 of 3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOANN SARGENTINI,

         Plaintiff(s),

         v.

AT&T COMMUNICATIONS, AT&T
CORP., and Does 2 through 20

         Defendant(s).

CASE NO. C 06-07162 JL

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
         Non-binding Arbitration (ADR L.R. 4)
         Early Neutral Evaluation (ENE) (ADR L.R. 5)
        ✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        ✓ Private ADR *(please identify process and provider)*  Private Mediation.
Provider J.A.M.S.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        ✓ other requested deadline 05/18/07

Dated: 1/31/07

Dated: 01/31/07

Attorney for Plaintiff

Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
✓    Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
✓    other   05/18/07

IT IS SO ORDERED.

Dated: _____ February 1, 2007



UNITED _____
Judge James Larson