1  SEYFARTH SHAW LLP
   Kari Erickson Levine (State Bar No. 146101)
2  Althea V. Bovell (State Bar No. 200240)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   AT&T COMMUNICATIONS-EAST, INC. and AT&T CORP.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 JOANN SARGENTINI            ) Case No. 3:06-cv-07162-JL
                               )
11         Plaintiff,          ) **STIPULATION AND ORDER FOR**
                               ) **DISMISSAL**
12    v.                       )
                               )
13 AT&T COMMUNICATIONS, AT&T CORP. )
   and Does 2 through 20       )
14                             )
           Defendants.         )
15 _____)

16     Plaintiff JOANN SARGENTINI ("Plaintiff") and Defendants AT&T

17 COMMUNICATIONS-EAST, INC. and AT&T CORP.("Defendants") file this Stipulation and

18 Order for Dismissal pursuant to Federal Rule of Civil Procedure §41 and state as follows:

19
       1.   Plaintiff filed this action on June 27, 2006.
20

21     2.   Plaintiff and Defendants have entered into a Settlement Agreement and General

22 Release which settles all aspects of the action. The settlement is contingent on a dismissal of the

23 action with prejudice.

24     3.   Accordingly, Plaintiff moves to dismiss the action with prejudice.

25     4.   Defendants, who have answered the Complaint, agree to the dismissal with

26 prejudice.

27     5.   The case is not a class action, and no receiver has been appointed.

28

                                    1
Stipulation and Order for Dismissal/Case No. 3:06-cv-07162-JL

6. Plaintiff has not dismissed an action on or including the same claim or claims as those presented in this action.

7. This dismissal is with prejudice.

8. Each party shall bear their own attorneys' fees and costs.

WHEREFORE, Plaintiff and Defendants, by and through their attorneys of record, so stipulate.

Dated: June 28, 2007

LAW OFFICES OF R. ROBERT MONTERROSA

By _____
R. Robert Monterrosa
Attorneys for Plaintiff
JOANN SARGENTINI

Dated: June 27, 2007

SEYFARTH SHAW LLP

By _____
Kari Erickson Levine
Althea V. Bovell
Attorneys for Defendants
AT&T COMMUNICATIONS-EAST, INC. and AT&T CORP.

PURSUANT TO STIPULATION OF THE PARTIES, AND FOR GOOD CAUSE SHOWN, IT IS ORDERED that this action is hereby dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: June 29, 2007

_____
Hon. James Larson
United States District Court Judge